Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
MARIA G. ALONZO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MARIA G. ALONZO, | Case No.: 09 CV 00990 GSA |
| Plaintiff, | DISMISSAL ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Pursuant to the stipulation of the parties filed on December 8, 2009, the above captioned matter be dismissed with prejudice, each party to bear their own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE:  December 8, 2009

/s/ Gary S. Austin
Gary S. Austin
United States Magistrate Judge

_____

-1-